

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| TAC TOTAL AUTOMATION CONTROLS, INC., TAC INSUMOS INDUSTRIALES, S. DE R.L. DE C.V., CARLOS PABLO LARA ELIAS, and LUIS ERNESTO MARTINEZ ONTIVEROS, | § § § | No. 08-24-00150-CV Appeal from the 34th District Court |
| Appellants, | § | of El Paso, Texas |
| v. | § | (TC# 2023-DCV1459) |
| MSC INDUSTRIALSUPPLY, S. DE R.L. DE C.V. and MSC IMPORT EXPORT LLC, | § § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We affirm the trial court's order denying the motion to compel arbitration and remand to the trial court to conduct further proceedings in accordance with our opinion. We further order that Appellees recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 30th day of June 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ